**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: EDWARD CARUGNO & TRACI BROWN**        **Case No: 6:24-bk-00812-GER**
                                                                                      **CHAPTER: 7**

**Debtor(s)**
_____/

## VERIFIED MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY

> NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING
>
> PURSUANT TO LOCAL RULE 2002-04, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.
>
> IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT 400 W. WASHINGTON STREET, SUITE 5100, ORLANDO, FLORIDA 32801 AND SERVE A COPY ON THE MOVANTS' ATTORNEY, CAMILLE SEBRETH, ESQUIRE, 4604 ANDUS AVE., ORLANDO, FLORIDA 32804, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.
>
> IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING AND MAY GRANT THE RELIEF REQUESTED.

Comes now the Debtors, EDWARD CARUGNO & TRACI BROWN, by and through their undersigned Attorney, and moves the court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1) Debtors filed a petition under Title 11, Chapter 7 of the United States Bankruptcy Code on February 21, 2024.

2) The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows: Photovoltaic Solar Energy Equipment & Energy Storage/Battery Equipment.

3) The Property is encumbered by GoodLeap LLC (Account #: xxxx9464) recorded on June 15, 2022 in Doc # 20220374391 (2 pages) and March 14, 2023 in Doc # 20230144186 (2 Pages) of the Official Records in Orange County, Florida (See Exhibit A).

4) The interest of the Debtors in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

5) Arrangements have been made by the Debtors to pay GoodLeap LLC up to the aforesaid amount in a lump sum should this motion be granted.

6) Debtors believe that based on the age, condition (there have been a total of 9 optimizers that have stopped working since purchase) and second-hand listings like Offerup, the value of the property is $2500.00.

WHEREFORE, the Debtors request the Court to order the said Creditor to accept from the Debtors the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtors request the Court to determine the value of the property as of the time of the hearing on such objection.

Respectfully submitted,

/s/ Camille Sebreth
CAMILLE SEBRETH, ESQUIRE
FBN: 0051552

## DECLARATION

We, EDWARD CARUGNO & TRACI BROWN, debtors in the above styled case, declare under penalty of perjury that we have read the foregoing Motion to Redeem and that it is true and correct to the best of our knowledge, information, and belief.

Date: 03/20/2024                    /s/ EDWARD CARUGNO
                                    EDWARD CARUGNO

Date: 03/20/2024                    /s/ TRACI BROWN
                                    TRACI BROWN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing, U.S. First Class mail delivery or certified mail:

Edward Carugno & Traci Brown
7214 Jonquil Dr.
Orlando, FL 32818

Emerson C. Noble
Chapter 7 Trustee
*(electronic transmission)*

GoodLeap LLC
Attn: Bankruptcy Manager, Officer, Manager, Managing Agent
8781 Sierra College Blvd.
Roseville, CA 95661
*(via certified mail)*


this 22nd day of March, 2024.

/s/ Camille Sebreth
CAMILLE SEBRETH, ESQUIRE
FBN: 0051552
4604 Andrus Ave.
Orlando, FL 32804
P: (407) 556-7589
F: (407) 792-5464
E: camilleesquire@yahoo.com