# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**

**B. Email Address:** filings@goodleapsupport.com

**C. SEND ACKNOWLEDGEMENT TO:**
Name: GoodLeap, LLC
Address: PO Box # 981440
City/State/Zip: El Paso, TX 79998-1440

DOC# 20220374391
06/15/2022 12:43:21 PM  Page 1 of 2
Rec Fee: $18.50
Phil Diamond, Comptroller
Orange County, FL
SA - Ret To: GOODLEAP LLC

THE ABOVE SPACE IS FOR...

### 1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME: Carugno | FIRST PERSONAL NAME: Edward | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One: 7214 Jonquil Dr | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: ORLANDO | STATE: FL / POSTAL CODE: 32818-5808 | COUNTRY: USA |

### 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY: USA |

### 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME: GoodLeap, LLC | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One: 8781 Sierra College Boulevard | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: Roseville | STATE: CA / POSTAL CODE: 95746 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of the debtors right, title and interest in the Photovoltaic Solar Energy Equipment or Energy Storage/Battery Equipment (If any), including but not limited to rooftop solar panels, solar roofing materials, wall mounted batteries, stand alone batteries, inverters, cables and wires, support brackets, roof mounted or ground mounted racking systems, related equipment, and additions or replacements of the same. In addition, the security interest includes all warranties issued with respect to the referenced collateral

**5. ALTERNATE DESIGNATION (if applicable):** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
# 2205087587

STANDARD FORM - FORM UCC-1 (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM – ADDENDUM

**8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Carugno | Edward | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**9. MISCELLANEOUS:**

**10. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (10a OR 10b) – Do Not Abbreviate or Combine Names

| 10.a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 10.c MAILING ADDRESS Line One | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**11. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (11a OR 11b)

| 11.a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 11.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 11.c MAILING ADDRESS Line One | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**12.** This FINANCING STATEMENT covers ☐ timber to be cut or as-extracted collateral, or is filed as a ☒ fixture filing.

**13. Description of real estate:**

Address: 7214 Jonquil Dr, ORLANDO, FL, 32818-5808

County: ORANGE

APN: 232228355500030

Legal Description: LAUREL HILLS UNIT 1 4/117 LOT 3

**14.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

Edward Carugno

**15. Additional collateral description:**

**16.** Check only if applicable and check only one box.
Collateral is ☐ Held in Trust
☐ Being administered by Decedent's Personal Representative

**17.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years

STANDARD FORM - FORM UCC-1 ADDENDUM (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**

**B. Email Address** filings@goodleapsupport.com

**C. SEND ACKNOWLEDGEMENT TO:**
Name: GoodLeap, LLC
Address: PO Box # 981440
City/State/Zip: El Paso, TX 79998-1440

DOC# 20230144186
03/14/2023 01:54:14 PM   Page 1 of 2
Rec Fee: $18.50
Phil Diamond, Comptroller
Orange County, FL
SA - Ret To: GOODLEAP LLC

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME: carugno | FIRST PERSONAL NAME: Edward | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One: 7214 Jonquil Dr | | This space not available. | |
| MAILING ADDRESS Line Two | CITY: ORLANDO | STATE: FL  POSTAL CODE: 32818 | COUNTRY: USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME: brown | FIRST PERSONAL NAME: traci | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One: 7214 Jonquil Dr | | This space not available. | |
| MAILING ADDRESS Line Two | CITY: ORLANDO | STATE: FL  POSTAL CODE: 32818 | COUNTRY: USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME: GoodLeap, LLC | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One: 8781 Sierra College Boulevard | | This space not available. | |
| MAILING ADDRESS Line Two | CITY: Roseville | STATE: CA  POSTAL CODE: 95746 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of the debtors right, title and interest in the Photovoltaic Solar Energy Equipment or Energy Storage/Battery Equipment (If any), including but not limited to rooftop solar panels, solar roofing materials, wall mounted batteries, stand alone batteries, inverters, cables and wires, support brackets, roof mounted or ground mounted racking systems, related equipment, and additions or replacements of the same. In addition, the security interest includes all warranties issued with respect to the referenced collateral

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR   ☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
# 2304129464

STANDARD FORM - FORM UCC-1 (REV.05/2013)   Filing Office Copy   Approved by the Secretary of State, State of Florida

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM – ADDENDUM

**8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| carugno | Edward | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**9. MISCELLANEOUS:**

**10. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (10a OR 10b) – Do Not Abbreviate or Combine Names

| 10.a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 10.c MAILING ADDRESS Line One | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**11. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (11a OR 11b)

| 11.a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 11.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 11.c MAILING ADDRESS Line One | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**12.** This FINANCING STATEMENT covers ☐ timber to be cut or as-extracted collateral, or is filed as a ☒ fixture filing.

**13. Description of real estate:**

Address: 7214 Jonquil Dr, ORLANDO, FL, 32818

County: ORANGE

APN: 232228355500030

Legal Description: LAUREL HILLS UNIT 1 4/117 LOT 3

**14.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

Edward carugno and traci brown

**15. Additional collateral description:**

**16.** Check only if applicable and check only one box.

Collateral is ☐ Held in Trust
☐ Being administered by Decedent's Personal Representative

**17.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years